1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

MAR 27 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. 2:18-MJ-069 DB |
| v. | [PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT |
| CODY MICHAEL WILLIAMS BOYD, | |
| Defendant. | |

The government's motion to unseal the above-referenced case is GRANTED. The original complaint shall remain sealed. The redacted complaint is ORDERED filed without sealing.

Dated: March 27, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge