MCGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                 v.<br><br>CODY BOYD,<br><br>                          Defendant. | CASE NO.  2:18-MJ-069 DB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: April 17, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney AMANDA BECK, and defendant CODY BOYD, both individually and by and through his counsel of record, ALEXANDRA NEGIN, hereby stipulate as follows:

1.      The Complaint in this case was filed on March 23, 2018, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 27, 2018. The court set a preliminary hearing date of April 17, 2018.

2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 8, 2018, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

1    3.    The parties agree that good cause exists for the extension of time, and that the extension

2 of time would not adversely affect the public interest in the prompt disposition of criminal cases.

3 Therefore, the parties request that the time between April 17, 2018, and May 8, 2018, be excluded

4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

5    IT IS SO STIPULATED.

6

7 Dated:  April 5, 2018                                        McGREGOR W. SCOTT
                                                              United States Attorney

8

9                                                             /s/ AMANDA BECK
                                                              AMANDA BECK

10                                                            Assistant United States Attorney

11

12 Dated:  April 5, 2018                                      /s/ ALEXANDRA NEGIN
                                                              ALEXANDRA NEGIN

13                                                            Counsel for Defendant
                                                              CODY BOYD

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:18-MJ-069 DB

12                        Plaintiff,        [PROPOSED] FINDINGS AND ORDER
                                            EXTENDING TIME FOR PRELIMINARY
13             v.                           HEARING PURSUANT TO RULE 5.1(d) AND
                                            EXCLUDING TIME
14  CODY BOYD,
                                            DATE: April 17, 2018
15                        Defendant.        TIME: 2:00 p.m.
                                            COURT: Hon. Kendall J. Newman
16

17

18         The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 5, 2018.  The

20  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23         Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27         THEREFORE, FOR GOOD CAUSE SHOWN:

28         1.      The date of the preliminary hearing is extended to May 8, 2018, at 2:00 p.m.

2.      The time between April 17, 2018, and May 8, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  April 6, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE