HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
CODY WILLIAMS BOYD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-069 DB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME** |
| v. | |
| CODY MICHAEL WILLIAMS BOYD, | Date: June 21, 2018 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Kendall J. Newman |

Plaintiff, United States of America, by and through Assistant United States Attorney Amanda Beck, and Defendant Cody Williams Boyd, through his attorney Lexi P. Negin, Assistant Federal Defender, hereby stipulate to continue the Preliminary Hearing set for June 21, 2018 to August 8, 2018, at 2:00 p.m.

The parties agree that the time beginning June 21, 2018 extending through August 8, 2018, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until August 8, 2018. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular,

1  the time is required so that the parties can conduct investigation and review discovery.  Mr.

2  Williams Boyd consents to this continuance.

3        The parties stipulate that the interests of justice outweigh the interest of the public and the

4  defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause

5  outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

6        IT IS SO STIPULATED.

7

8  Dated: June 14, 2018                      HEATHER E. WILLIAMS
9                                          Federal Defender

10                                         */s/ Lexi P. Negin*
11                                         LEXI P. NEGIN
                                            Assistant Federal Defender
12                                           Attorney for CODY WILLIAMS BOY

13 Dated: June 14, 2018                      MCGREGOR W. SCOTT
14                                           United States Attorney

15                                         */s/ Amanda Beck*
                                            AMANDA BECK
16                                           Assistant United States Attorney
                                          Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to August 8, 2018, at 2:00 p.m.

2. The time between June 21, 2018, and August 8, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: June 14, 2018

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE