1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0069 DB |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| CODY BOYD, | DATE: August 8, 2018
TIME: 2:00 p.m.
COURT: Hon. Allison Claire |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney AMANDA BECK, and defendant CODY BOYD, both individually and by and through his counsel of record, ALEXANDRA NEGIN, hereby stipulate as follows:

1. The Complaint in this case was filed on March 23, 2018, and defendant first appeared before a judicial officer of the Court in which the charges in this case are pending on March 27, 2018.

2. The current preliminary hearing date is August 8, 2018.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to August 29, 2018, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Findings and Order                     1

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between August 8, 2018, and August 29, 2018, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  July 30, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated:  July 30, 2018  /s/ ALEXANDRA NEGIN
ALEXANDRA NEGIN
Counsel for Defendant
CODY BOYD

FINDINGS AND ORDER                                                           2

McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-069 DB |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| CODY BOYD, | DATE: August 8, 2018 |
| Defendant. | TIME: 2:00 p.m. COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 30, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 29, 2018, at 2:00 p.m.

2. The time between August 8, 2018, and August 29, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: JULY 30, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

FINDINGS AND ORDER                                          2