| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | PAUL A. HEMESATH<br>AMANDA BECK |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY BOYD,<br><br>Defendant. | CASE NO. 2:18-CR-0210 TLN<br><br>STIPULATION AND ORDER TO VACATE PRELIMINARY EXAMINATION; SET FOR ARRAIGNMENT AND TO EXCLUDE TIME<br><br>DATE: October 24, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

Plaintiff, United States of America, by and through Assistant United States Attorney Amanda Beck, and Alexandra Negin, Federal Defender, attorney for Defendant Cody Boyd, hereby stipulate to vacate the Preliminary Hearing set for October 24, 2018 and set the matter for (1) arraignment on the Information, (2) waiver of indictment, and (3) entry of guilty plea pursuant to a plea agreement, all on November 1, 2018, at 9:30 a.m. before Honorable Troy L. Nunley.

The parties agree that the time beginning from the date of this stipulation extending through November 1, 2018, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until November 1, 2018. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is

STIPULATION AND PROPOSED ORDER 1

required so that the parties can conduct investigation and review discovery.  Mr. Boyd and the defense consent to this continuance.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d).

Dated:  October 18, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated:  October 18, 2018

By: /s/ ALEXANDRA NEGIN
ALEXANDRA NEGIN
Counsel for Defendant
CODY BOYD

| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | PAUL A. HEMESATH |
| 3 | AMANDA BECK<br>Assistant United States Attorneys |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700 |
| 6 | Facsimile: (916) 554-2900 |
| 7 | |
| 8 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0210 TLN |
|---|---|
| Plaintiff, | ORDER RE STIPULATION OF THE PARTIES, VACATING PRELIMINARY EXAMINATION, SETTING MATTER FOR HEARING ON 11/01/18; AND EXCLUDING TIME UNDER FRCP 5 AND THE SPEEDY TRIAL ACT |
| v. | |
| CODY BOYD, | |
| Defendant. | |

## **ORDER**

The Court has read and considered the Stipulation filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

/ / /

/ / /

PROPOSED ORDER 1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Preliminary Hearing scheduled for October 24, 2018, is vacated.
2. Arraignment on the Information in 2:18-CR-0210 TLN is set for November 1, 2018, at 9:30 a.m. before Honorable Troy L. Nunley. The clerk of Court shall also schedule the November 1, 2018, hearing for waiver of indictment and entry of guilty plea.
3. The time up to and including November 1, 2018, shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated: October 18, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE