McGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
AMANDA BECK
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00210-TLN |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| CODY BOYD, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Cody Boyd, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Cody Boyd's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $30,000.00 in U.S. Currency seized from a Wells Fargo Safe Deposit Box,
   b. Approximately $20,000.00 in U.S. Currency seized from a Wells Fargo Safe Deposit Box,
   c. Approximately $4,026.07 seized from Wells Fargo Bank Account Number 9321568629,
   d. Approximately $1,428.40 seized from Wells Fargo Bank Account Number 6581291769,
   e. 2016 Ford Mustang Shelby GT350, VIN: 1FA6P8JZ0G5526195, License Number: 8CGD006,
   f. Approximately $20,000.00 in U.S. Currency,
   g. Approximately $6,652.00 in U.S. Currency,
   h. Approximately $160.00 in U.S. Currency,
   i. Approximately $11,764.75 in U.S. Currency seized from Twenty-Seven Parcels,
   j. Approximately 1.9130219 Bitcoins, and

    k.  Approximately .32194491 Bitcoins.

  2.  The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of violations of 21 U.S.C. §§ 846 and 841(a)(1).

  3.  Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service and/or the Homeland Security Investigations, Customs and Border Protection, in their secure custody and control.

  4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

  SO ORDERED this 16th day of January, 2019.

                    _____
                    Troy L. Nunley
                    United States District Judge