HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
CODY WILLIAMS BOYD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-210-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE** |
| v. | |
| CODY MICHAEL WILLIAMS BOYD, | |
| Defendant. | |

Plaintiff, United States of America, by and through Assistant United States Attorney Paul Hemesath, and Defendant Cody Williams Boyd, through his attorney Lexi P. Negin, Assistant Federal Defender, hereby stipulate to amend his conditions of release to remove condition 9 requiring drug and/or alcohol testing. Mr. Boyd's pretrial services officer, Darryl Walker, indicates that Mr. Boyd has consistently tested negative for all substances since his release on March 27, 2018, and requested that the testing condition be removed. Wherefore the parties jointly request that this Honorable Court amend the release conditions by vacating condition 9 of the March 27, 2018, Order for Release.

IT IS SO STIPULATED.

///

///

Stipulation and Order to Amend Conditions of Release

-1-

| | | |
|---|---|---|
| Dated: July 1, 2019 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Lexi P. Negin*<br>LEXI P. NEGIN<br>Assistant Federal Defender<br>Attorney for CODY WILLIAMS BOY |
| Dated: July 1, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Paul Hemesath*<br>PAUL HEMESATH<br>Attorney for Plaintiff |

**O R D E R**

The Court has read and considered the Stipulation to Amend Conditions of Release. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, should be granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The conditions of release are hereby amended.

2. Condition 9 of the Order for Release filed on March 27, 2018, is hereby vacated. All other conditions of release shall remain.

IT IS SO ORDERED.

Dated: July 2, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE