HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
CODY WILLIAMS BOYD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-210-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO AMEND CONDITIONS OF RELEASE** |
| v. | ) |
| CODY MICHAEL WILLIAMS BOYD, | ) |
| Defendant. | ) |

Plaintiff, United States of America, by and through Assistant United States Attorney Paul Hemesath, and Defendant Cody Williams Boyd, through his attorney Lexi P. Negin, Assistant Federal Defender, hereby stipulate to amend his conditions of release to remove condition 3 requiring a third-party custodian and requiring Mr. Boyd to live with his mother. Mr. Boyd's pretrial services officer, Darryl Walker, indicates that Mr. Boyd has consistently complied with his conditions of pretrial release and requests that the third party custodian and requirement that he reside with his mother be removed. Wherefore the parties jointly request that this Honorable Court amend the release conditions by vacating condition 3 of the March 27, 2018, Order for Release [Dkt. 11].

IT IS SO STIPULATED.

///

Stipulation and Order to Amend Conditions of Release -1-

| | | |
|---|---|---|
| 1 | Dated: September 23, 2019 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | */s/ Lexi P. Negin*<br>LEXI P. NEGIN |
| 4 | | Assistant Federal Defender<br>Attorney for CODY WILLIAMS BOY |
| 5 | | |
| 6 | Dated: September 23, 2019 | MCGREGOR W. SCOTT<br>United States Attorney |
| 7 | | |
| 8 | | */s/ Paul Hemesath*<br>PAUL HEMESATH |
| 9 | | Attorney for Plaintiff |

Stipulation and Order to Amend Conditions of Release

# **O R D E R**

The Court has read and considered the Stipulation to Amend Conditions of Release. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, should be granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The conditions of release are hereby amended.

2. Condition 3 of the Order for Release filed on March 28, 2018, is hereby vacated. All other conditions of release shall remain.

IT IS SO ORDERED.

Dated: September 23, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE