Exhibit A

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| CASE INFORMATION | SENTENCE | DATE OF SENTENCE | STATUTE OF CONVICTION | ENHANCEMENTS | SUMMARY |
| AL MD 1:17-CR-00379 Ryan Anthony Sikora | 41 mos | 2/9/2018 | 21:841(a)(1), 846, 21:331(a), 18:371 | maintained premises, mass marketing, | 2015-3/9/2017 DOJ press release indicates defendants mass-produced counterfeit pills using two large-scale pill presses.  Factual basis in support of plea agreement indicates a two year time frame.  LE seized 42,007 pills, 3,023 vials, 1.12 kilos of raw powder as well as 3214 Viagra pills and 4459.36 grams of raw powders, 2849 Cialis pills and 893.1 grams raw powder, 19,914 Accutane pills and 9,389 Clonid pills. |
| John Joseph Bush | 8 mos | 2/9/2018 | 21:846 | | Plea sealed |
| Ariel Anna Murphy | 12 mos 1 day | 2/9/2018 | 21:846 | | Plea sealed |
| AZ 2:15-CR-0378 Robert South | 62 mos. | 6/24/2016 | 21:846, 18:1956(h) | Distribute to multiple athletes, organizer,mass marketing, maintaining premises | 7/7/2014-3/12/2015  Factual basis in support of plea indicates this was a DTO operating for two years running labs and a website for steroid sales. All defendants received departures/ variances. There were five codefendants, three received probation, the remaining three received 62 months, 37 months and 8 months. |
| Jose Alonso Flores | 37 mos. | 8/25/2016 | 21:846, 18:1956(h) | Maintaining premises, leader | |
| Richard Forsyth | 8 mos. | 5/23/2016 | 21:846, 18:1956(h) | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | CA ED 1:15-CR-0287 Erik Harald Moje | 9 mos. | 9/13/2017 | 21:952 and 960 | Firearm | 12/1/2013-9/1/2015 Defendant was a professional bodybuilder who imported raw steroids from China and possessed 28,460 dosage units of finished steroids as well as a handgun. UPS shipped total of 20.14 lbs, found 28,460 doses & $29,925 cash. Defendant received a departure/variance from the guidelines. |
| 2 | CT 3:15-CR-0070 Frank Pecora | 37 mos. | 8/15/2016 | 21:846, 841(a)(1), 841(b)(1)c | Supervisor, firearms | 2009- 5/1/2015 Case involved 11 defendants connected to a Police seargeant who was manufacturing steroids for distribution. Government recommend below guidelines sentences for all but one of the 11 defendants. |
| 3 | Steven Santucci | 16 mos- 6 mos home confinement | 8/25/2016 | 21:846, 841(a)(1), 841(b)(1)c | Maintained premises, leader, imported controlled substances, excess quantity | Police Officer received a well-below 57-71 months guideline sentence |
| 4 | Jeffrey Gentile | Probation | 9/7/2017 | 21:843(b) | | Juvenile detention officer, violent history of beating up 2 women. Government recommended a within 10-16 month guideline sentence. |
| 5 | Remaining 8 defendants received Probation | | | | | |
| 6 | CT 3:17-CR-0285 William Fusco | 20 mos | 2/26/2019 | 21:846, 841(b)(1)E(i), 841(b)(2), 21:843(a)(7) | Mass marketing, maintained premises, firearms, organizer/leader | 5/2016-6/2017 Sold on Alphabay. LE seized $42,000 cash, multiple firearms and more than 213,000 Xanax pills, more than 26,000 units of steroids. Selling more than 30 packages a week. |

18

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 10 | CT 3:17-CR-0264 Jason Chen | Probation | 2/27/2019 | 21:846, 841(b)(1)E(i), 841(b)(2), 21:843(a)(7), 18:2 | Mass marketing, maintained premises | 5/2016-6/2017  see Fusco entry |
| 21 | FL MD 6:15-CR-0141 David Arroyo "Big D" | 60 mos | 10/18/2016 | 18:1956(h) | Mass marketing, organizer/leader, maintained premises | 4/2012-8/8/2014  Multiple year, multiple defendant steroid selling operation. Chief of organization, 16 other defendants, international money laundering, hundreds of mailings both within and outside of U.S. Defendant cooperated. |
| 22 | Vincent Sperti | 18 mos | 10/18/2016 | 18:1956(h) | Leader, maintained premises | over 100 kgs of steroids recovered, fraction of what was purchased from China, paid worker $300. per day |
| 23 | Robert Gonzalez | 12 mos + 1 day | 11/10/2016 | 21:846  (Trial) | | SRV on previous federal drug conviction |
| 24 | remaining 13 defendants received Probation | | | | | |
| 25 | FL MD 6:18-CR-0127 John Dillon Willamson | 48 mos. | 1/28/2019 | 21:846 | mass marketing | 1/1/2015-9/1/2017 Two codefendants, sends approx $6,000 to $7,000 per mos to China for steroids, distributes approx 3.5 to 5.5 kgs of steroids per mos. "hundreds of kilograms of anabolic steroids"  Sold more than 1.2 million vials of steroids on his website. |
| 26 | Two codefendants received Probation | | | | | |
| 27 | | | | | | |
| 28 | FL MD 3:17-CR-0010 Donald McCloud Long | 18 mos. | 7/2/2018 | 21:846, 841(b)(1)(E) | sold to athletes | 12/2013-9/27/2016 Three codefendants, Athletic Trainer, bought high volume, also sold HGH |
| 29 | | | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 30 | Sarah Ann Long | Probation | 7/3/2018 | 21:846, 841(b)(1)(E) | sold to athletes | same factual basis as husband, Athletic Trainer |
| 31 | Armando Aman | 12 mos. + 1 day | 1/29/2018 | 21:846, 841(b)(1)(E) | | liason to manufacturer/source of steroids and HGH |
| 32 | Shelby Travis Phillips | Probation | 12/1/2017 | 21:846, 841(b)(1)(E) | | assistant to source of steroids participated in ordering raw ingredients, manufacturing and aiding in distribution |
| 33 | FL MD 3:16-CR-0142 Gregory Allen Baker | 36 mos. | 7/2/2018 | 21:846, 841(a)(1), 841(b)(1)€ 18:1956(h) | organizer/leader, maintained premise | 10/2013-9/2016 4 codefendants, ordered and imported raw powders and HGH from China distributed more than 30 kgs in raw powder, and more than 1,025 kits of HGH, agreed to be large volume supplier to professional Donald McCloud Long. Paid 2 assistants $4000 a month each, "profited greatly". All defendants received a departure/ variance from the guidelines |
| 34 | Remaining four codefendants received probation | | | | | departure/ variance from the guidelines |
| 35 | | | | | | |
| 36 | IA SD 1:16-CR-0028 Jeffrey Lackas | 46 mos. | 7/28/2017 | 21: 846, 841(a)(1) | mass marketing, manager/supervisor | 7/2011-3/2015 Website selling steroids. Lackas acted as a manager of others. |
| 37 | | | | | | |
| 38 | Stanley Szeto | 25 mos. | 7/28/2017 | 21:846, 841(a)(1) | | Departure/ variance from guidelines |
| 39 | Daniel Cruz-Bonilla | 41 mos. | 7/28/2017 | 21:846, 841(a)(1) | weapon, | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 40 | MA 1:17-CR-10211 Tyler Baumann | 120 mos. | 3/19/2018 | 18:371, 18:1956(h), 21:841(a)(1), 18:2320 | leader of 5 or more, mass marketing, loss between $1.5 mil -$3 mil., importation of infringing items, offense involved counterfeit drugs, conviction under 18:1956 | 5/2015–4/2017 Two year of selling steroids via social media. There were multiple employees. Career offender with 2 prior drug convictions. Steroids were falsely marketed under a biopharmaceutical name owned by Amgen. Defendants laundered money through a tanning salon. |
| 41 | MA 1:17-CR-10209 Philip Goodwin | 130 mos. | 3/29/2018 | 18:371, 18:1956(h), 21:841, 18:2320 | leader of 5 or more, loss between $1,5 mil-$3 mil., importation of infringing items, offense involved counterfeit drugs, conviction under 18:1956, obstruction | 5/2015–4/2017 OL 34 CH V. Two years of selling steroids using social media. Defendant had multiple prior drug convictions, armed robbery conviction. Defendant was a leader of the conspiracy. Defendant received a departure/variance from the sentencing guidelines |
| 42 | Brian Petzke | 24 mos. | 7/11/2018 | 18:371 | | 5/2015–4/2017 OL 20 CH II Defendant received a departure/variance from guidelines |
| 43 | MA 1:17-CR-10210 Kathryn Green | 12 mos. | 3/8/2018 | 18:371 | | 5/2015–4/27 OL 16, CH I Defendant received a departure/variance from the guidelines |
| 44 | MO WD 16-CR-0024 Aaron Vincent Schweidler | 48 mos. Rule 11 (c)(1)(c) | 4/13/2017 | 21:846, 841(a)(1), 18:1956(h) | mass marketing, leader, multiple premises maintained, weapon, distribution to athlete | 12/2011- 2/2016 Online steroids sales for 6 years involving four codefendants. Case involved 60,000 dosage units and potential to manufacture 90,000 vials. Forfeiture ordered gross proceeds of at least $2,250,000. Defendants also had unauthorized use of access devices. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 46 | Michael G. Peters | 36 mos. | 8/18/2017 | 21:846, 841(a)(1), 18:1956(h) | maintaianed premises, mass marketing, weapon, distribution to athlete, managerial role | Defendant received a departure/ variance from guidelines of 121-151 months. Forfeiture ordered gross proceeds of at least $2,250,000, previous sentence of diversion considered relevant conduct, less culpable than codefendant Schweidler, government recommends that sentence be proportionate to codefendants |
| 47 | Samuel Miller | 16 mos. | 9/11/2017 | 21:846, 841(a)(1) | assisted in manufacturing, recruiting identities to produce unauthorized access devices in order to money launder, assisted with relocation of premises. | |
| 48 | one codefendant received probation | | | | | |
| 49 | NY ND 3:15-CR-0261 Ryan Root | 78 mos. | 8/4/2017 | 21:846, 841(a)(1), 841(b)(1)€, 18:1956(a)(2)(A), 1956(h)) and forfeiture ordered | leader/organizer, | 1/2011-9/2015 10 codefendants large scale steroids distribution and money laundering. Forfeiture in form of money judgement is no less than $2,500,000. |
| 50 | Richard Progovitz | 24 mos. | 6/28/2017 | 21:846, 841(b)(1)€ and forfeiture ordered | maintained premise, supervisor, | OL 22 CH I high volumeof shipping. Defendant received a departure/ variance from the guidelines 41-51 months. |
| 51 | Caleb Doane | 6 mos | 5/16/2017 | 21:846, 841(b)(1)© 18:1956(a)(2)(A) and (h) forfeiture ordered | | OL 19 CH I Defendant received a departure/ variance from the guidelines of 30-37 months. |
| 52 | | | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 53 | Paul Boylan | 1 yr and 1 day. | 2/2/2017 | 21:846, 841(b)(1)€, 18:1956(a)(2)(A) and (h) forfeiture ordered | | OL 19 CH I Defendant received a departure/ variance from the guidelines 30-37 months |
| 54 | Kent Fletcher | 15 mos. | 7/17/2017 | OPEN | | OL 17 CH I Defendant received a departure/ variance from the guidelines of 24-30 months |
| 55 | Ignacio Javier Garcia | 1 yr and 1 day | 3/28/2017 | 21:846, 841(a)(1) and 841(b)(1)€ | | OL 15 CH I safety valve eligible, Defendant received a departure/ variance from the guidelines of 18-24 months |
| 56 | remaining four defendants received Probation | | | | | |
| 57 | NY ND 1:17-CR-0097 Sean Dubanowich | 27 mos. | 10/26/2017 | 21:841(a)(1), (b)(1)€, 18:1956(a)(2)(A) | | 1/1/2015-11/29/2016 Large scale international steroids distribution and money laundering. Defendant received a departure / variance from guidelines OL 21 CH II, 41-51 months despite the fact that defendant had prior federal felony drug conviction and 2 violations |
| 58 | | | | | | |
| 59 | OK WD 5:18-CR-00066 Christopher Caplinger | 108 mos. | 6/17/2019 | 21:841(a)(1) 18:1956(h). | Maintained premises, mass marketing, leader/manager | 2/2014-11/29/2017 23 Counts, $790,000 sought in forfeiture, retired police officer, Excess of 2,840,000 units , $280,000 cash buried in backyard |
| 60 | | | | | | |
| 61 | Donald Ray Vincent | 36 mos | 4/23/2019 | 21:841(a)(1) 18:1956(h), | Maintain premises, mass markeying, weapon, leader | Defendant received a departure/ variance from the guidelines 87-108 months, OL 29 CH I, $99,473 forfeiture, pay $100,000 Received and repackaged drugs then sent to Caplinger. Defendant received a departure/ |
| 62 | Michael Ray Schott | 18 mos | 4/24/2019 | 21:846, 21:841(a)(1) | | variance from the guidelines. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 63 | Deborah Ann Crawford | 30 mos | 5/30/2019 | 18:1956(h) | | |
| 64 | | | | | | |
| 65 | RI 1:17-CR-0069 Evan Speck | Probation | 12/1/2017 | 21:846 | weapon, sold to athletes, money laundering | 6/ 2015-3/20/2017 police officer sold steroids and other misbranded drugs, earned $536,000, OL 23, CH I Defendant received a departure/ variance from the guidelines 57 -71 mos. quantity present during search is 7.5 times the maximum cap of steroids amount under the guidelines |
| 66 | | | | | | |
| 67 | TN ED 2:16-CR-0115 Joel Pasternak | 108 mos. | 9/28/2017 | 21:846, 841(a)(1), 21:843(a)(6), 21:856(a)(1), 18:2, 18:1957(a), 1956(h) | maintained multiple premises (5 labs), mass marketing, developer/leader/organi zer, direct & sophisticated money launderer, abused position of trust, involved five or more | 1/1/2012-9/30/2015 large conspiracy, 12 indicted codefendants, nine defendants pled guilty via information, laundered more than $2.8 million, large criminal organization, had teams of lab workers and money receivers, victims suffered serious bodily injuries, government recommends the maximum sentence, Total quantity of Schedule III drugs 71 kgs |
| 68 | Edward Pasternak | 36 mos. | 9/28/2017 | 21:846, 841(a)(1), 841(b)(1)€, 18:1956(h) | manager/leader, direct money launderer | Responsible for 59.99 kgs, illegally used steroids before son Joel got into the business, scheme's banker, secured the premises for the labs, pattern of dishonesty, government recommends maximum sentence |
| 69 | Christopher Jones | 37 mos. | 7/24/2017 | 21:846, 841(a)(1), 841(b)(1)€, 18:1956(h) | direct money launderer | money receiver, serious criminal history, government recommends guideline sentence |
| 70 | Daniel Boston | 27 mos. | 9/28/2017 | 21:846,841(a)(1), 841(b)(1)€, 18:1956(h) | direct money launderer | money receiver, set up and ran one of the Pasternak labs, also set up and ran his own lab on the side, has prior marijuana and assaut convictions, government recommends guideline sentence |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 71 | Lori Pasternak | 12 mos. + 1 day | 9/28/2017 | 21:846, 841(a)(1), 841(b)(1)€, | | mother of Joel Pasternak and assisted in labs with manufacturing and assisted husband Edward with purchasing/renting sites, government recommends guideline sentence |
| 72 | Remaining seven defendants received Probation | | | | | |
| 73 | TX ND 4:18-CR-304 Ryan Connor Savage | 10 mos | 4/23/2019 | 21:841(a)(1), (b)(1)€ | | Early 2015 - 2/2018 at time of arrest no less than 39,229.92 dosage units in possession. Purchased steroids from Asia, repackaged and sold. Defendant received a departure/ variance from the guidelines. |
| 74 | | | | | | |