# Exhibit C

11/26/19

The Honorable Troy L. Nunley
United States District Judge
United States Distract Court for the Eastern Dist. Of California
501 I Street
Sacramento, Ca. 95814

Honorable Troy L. Nunley,

  My name is Curtis Cox I'm Cody's step-father, I've been with his Mother for 14 years and we have been married for the past 8 1/2yrs. Cody has resided with us during many periods of this time and most recently since being arrested in March of 2018. During the time prior to his arrest Cody and I have had many conversations and disagreements about things, however he has matured and developed into a respectful and productive member of society. His Grandparents (Bob & Donna Kamrath) have also had a great influence on his young life and upbringing, as he has also spent a great amount of time with them in his 25 years. His early years he was around a less than beneficial learning from a male role model of his biological father, who spent much of Cody's young life in and out of jail and prison.

  Cody has been an asset to the family since coming to live with us after his arrest, he has worked, helped with care of his Nephew Bradley, and his Mother's care. He has been employed by U-Haul and worked his way into a management position and been offered other promotions, however with the pending outcome of the sentencing he has been unable to undertake this endeavor. Missing out on these opportunities alone has been a learning experience for him but, also has shown his dedication to continue to strive for excellence. Cody has also helped us with Bradley, his sister's son who is away at the Police Academy. He has taken him and picked him up at school, Jiu jitsu, and other activities during this time. Cody's Mother during this time has been diagnosed with stage 4 cancer and was bed ridden for several months, during this time he has helped with her care, picking up meds, and chores as needed to help.

  The almost 2 years since being arrested has been an ordeal for him as well, putting his life on hold while waiting for the outcome of his ill-chosen ways. He was involved in a motorcycle accident, not his fault. He spent several weeks in the hospital and live in physical therapy learning to walk, use his hands, and many other activities we take for granted. He has complied with all the court ordered requirements. Finding a job and excelling at the duties not just doing

the minimum do get a check, but getting promotions, striving for and receiving performance bonuses and being part of a team atmosphere and being respected by his peers.

   It is my opinion Cody has learned a lot from the arrest and pending possibility of incarceration. Many of his actions and views have change along with his willingness to follow the court requirements to the letter during his release time pending sentencing. I also believe that incarceration my not be the in his best interest for several reasons, his diminished physical and mental abilities from the accident, his current mindset of being productive and prospering in his work environment along with the growth opportunities he has available. He now has a family environment that is supportive and healthy, which with the ages and health conditions of these members may not be available to him if his incarceration is 66mos.

Curtis Cox
Stepfather



February 1, 2019

The Honorable Troy L. Nunley
United States District Judge
United States District Court for the Eastern
District of California
501 I Street
Sacramento, CA 95814

Your Honor,

My name is Lisa Yang, I file paperwork for a non-profit organization that provides representative payee services to individuals with development disabilities. I have known Cody for several years now and we are in a relationship. I can confidently say that I'm one of the few people that know Cody well.

Cody have a strong relationship with his family. He doesn't have a huge family therefore their all really close to one another. His sister has a son who's about 6 years old, and Cody has completely took him under his wing. I can recall a time when Cody's sister couldn't afford a months payment for his nephew's pre-k tuition and he went ahead and gave her the money for it without any hesitation. Family means everything to Cody, they are the most important people in his life. However Cody also has a soft side to him as well, he donated a bunch of times to local shelters and children's charity. I remember a time during the holiday season we were out shopping and the store that we were in happened to held a toy drive, he then purchased two brand new scooters and gave them to the kids that were there. Cody never cease to amaze me. He's always willing to help others out and give what he can to those who needs it, thats just who he is.

Ever since Cody was in a motorcycle accident, we try to talk about the past but he doesn't remember due to the brain injury, which caused him to have amnesia. The doctors told his family and I that he had a ten percent chance to live, but somehow he beat those odds and survive his injuries. For the next couple of months recovering was a struggle. Cody had to basically learn how to do everything all over as if he was a baby. He had two broken legs and two broken wrist, so doing anything normal on a daily basis was hard for him. Even though the accident slowed him down he remained determined and focused. A couple of months went by of more surgeries and healing then he went back to work. Cody have always been a hard worker since the day I met him, some days when he isn't feeling his best or is sick he would still go to work and not complain.

We have been discussing about his future plans and our future together. The other thing we have tried to talk about was his past. But he doesn't remember much. The day his family decided to let him know about his situation was hard. It's difficult when you have to talk to someone about their past but they have no memories of it. Nevertheless he has big plans for his future, he wants to get into real estate, maybe get his license so he can start selling homes, we also talked about him going back to work for a dealership. Whatever Cody sets his mind to he will eventually do it. That's how I've always known him for his passion and motivation, sometimes I wish more people are like him.

We all know what he did in the past was wrong. But I have to say we're all human, and we all make mistakes. Cody is a good person from the first day I met him tell now. He's never hurt anyone not even a mouse and I'm being serious. He loves his family and the people around him, and we all love him. I truly believe that the accident was his second chance, and that this time he can find the right path for him and his future.

Sincerely

Lisa Yang

February 8, 2020

To whom it may concern,

                        My name is Chet Williams and I am the grandfather to Cody Boyd, whom I will be addressing in this letter.

My wife and I were present during his birth and have been close to him for most of his life. He was raised by an abusive father for most of his adolescence. We recognize he sometimes seems quite immature for his age and at times seems awkward in social settings. Eventually his parents divorced and his mother later remarried which allowed him to have a much more stable homelife.

I am aware of his existing court case and that it has trailed for some time. Cody has expressed to me on numerous occasions that he felt what he was doing was legal. What I do know is Cody didn't even attempt to coverup his activities during these alleged offences. It is my belief he was either unaware that he was committing a crime or of the severity of the offenses. This is evidenced by the fact he never tried to hide any of his activities, residence, renting storage facilities in his name and openly purchasing large ticket items such as a new car, motorcycle, pickup truck, etc.

I would like to point out that he has maintained fulltime employment since his release. In the past year, Cody was involved in a near fatal collision which hospitalized him for quite some time. The other party was found to be at fault. He returned to his job before being released from doctor's care and was still wearing a cast.

I have been a peace officer in California for approx. 47 years and during this time have handled literally thousands of victims and suspects. Cody does in fact now realize what he did was wrong and fully regrets his actions. I know my grandson and feel he has been victimized during his life and would certainly benefit from any leniency by the court. Cody has demonstrated his ability to change and will continue to be a respected part of society. It is further my belief incarceration would be of no help to our grandson.

Lastly, I also believe my grandson Cody would not reoffend and would continue to lead a productive life.

Respectfully,

Chet Williams/ ▮▮▮▮▮▮▮▮▮

Robert Kamrath (Grandfather)



February 18, 2019

The Honorable Troy L. Nunley
United States District Judge
United States District Court for the Eastern District of California
501 I Street
Sacramento, California 95814

Cody Boyd is my grandson.

During the periods Cody lived with us, he assisted with yard work at our home, and participated in activities such as Cub Scouts and Tae Kwon Do in his grade school years. During other periods he lived with us, as his mother and father were dysfunctional as a family and as individuals, he worked fast food and in retail stores.

The feedback I received from his supervisors, when visiting his places of work, e.g., McDonald's, Carl's Jr, and Safemart, was that he quickly learned the responsibilities of his positions and became a lead person on the shifts he worked. Cody has demonstrated the responsibility and ability to be a capable employee.

He and I worked on a number of home yard projects and successfully completed the projects. The projects included:

1. Paving the seasonal stream bed that runs through our property. The stream bed is approximately 200 feet long and was a major project. This project required dedication on his part to complete in the early summer heat.
2. He assisted me in placing river rock along several of the drainage areas in our property, and
3. Trimmed and hauled trees and brush to burn pile on our one- acre property.

Cody enjoys being around animals and routinely walked and took our elderly neighbor's dog for a swim. He took care of his pet rat, and assisted with the care of two feral cats that adopted our home as their place of residence. He has been kind, gentle and caring.

Cody has a kind heart and is sensitive to those in need of help, whether it was a classmate while in school, assisting a neighbor or filling a shift at work for an absent fellow worker.

He invited friends to work with him on cars in our garage and driveway and had a close relationship with them. He replaced radiators and tuned cars for friends who did not have the money or understanding on how to do the work.

Cody has the intelligence and ability to be a productive member of society. He was not provided the necessary guidance in his developing years due to a broken family and made unwise decisions. He has the ability to move forward with his life following this experience and become a productive member of our community and society.


Sincerely,

Robert Kamrath
Grandfather

---------- Forwarded message ---------
From: ████████████████████████
Date: Sun, Dec 23, 2018 at 1:51 PM
Subject: Character Letter
To: ████████████████████████

12/23/2018

The Honorable Troy L. Nunley

My name is Taylor Allbright. I have known Cody Boyd since I was about 7 years old.. roughly 16 years. My mother and his parents (mother and step father) have been friends long before I met Cody, and this is how I came to know him. I had the pleasure of growing up with him and his family, so I felt it to be my duty to shed some light on the type of man that he is today. Cody is an amazing young man, who is passionate about his family and friends, has a heart of gold, and has an "out of this world" sense of humor. Aside from Cody, grew up with his sister. she was my best friend. actually, she was more like a sister to me. Almost any time that we would walk to the park or around town to hang out, he would tag along. I don't believe that I have any memory of him that was not filled with laughter. He is the kind of guy that can make you laugh or smile, even when you don't want to. You can always count on him to listen to you and your feelings, and be understanding about them. I have reached out to him on more than one occasion to either vent my feelings to, or share problems with, and he has always been there every time to listen to me, give advice, and never judge me. Cody is a huge family man, and cares tremendously about them. He has a young nephew that he adores, and who idolizes him. He Spends an enormous amount of time with his young nephew, and makes it his mission to always include him in daily tasks and fun things that he does. He has two of the most amazing parents that a young man (or anyone for that matter) could ask for. He has a sister who loves him, and sees him as not only a brother, but a best friend. He has a whole support system of family and friends who love, support, and wish nothing but the best things for him in life. I also know that Cody is extremely passionate about everything that he does weather it be a hobby of his, his family, or his career. When he puts his mind and heart into something, he sees it through, and he never gives up. He has an amazingly impressive work ethic, and has had a multitude of jobs, at sometimes balancing more than one at a time. I believe that Cody has learned from this experience.. I believe it has made him reevaluate his life and realize that life should not be taken for granted. I think that he has a better understanding now of what is really important to him in life and what is at stake.. everything that he could possibly lose or miss out on.


// SIGNED //

1

Taylor Allbright

2