San Joaquin General Hospital
500 W Hospital Road
French Camp, CA 95231-

Patient: BOYD, CODY
MRN:
FIN:
DOB/Age/Sex:          / 24 years     / Male

Admit:   4/14/2019
Disch:   4/26/2019
Admitting: Meade, Peter MD
Copy to:   Rogers, Christina

## Consultation Notes

2. High-grade tear of the lateral collateral ligaments with only the biceps femoris tendon intact..
3. Subcutaneous edema around the knee.

**CTA/P - IMPRESSION:**
1. Mild hemoperitoneum in the deep pelvis, not significantly increased compared to the previous study. No hollow or solid organ injury is seen.

2. A catheter is placed within the right common femoral artery. Please confirm that arterial placement is desired. There is mild associated stranding without evidence of active contrast extravasation or significant hematoma.

3. Multifocal consolidations at the lung bases which may reflect aspiration/pneumonia.

**MRI Brain - IMPRESSION:** Scattered areas of T2 hyperintensities in the coronal radiata and genu of corresponding restricted diffusion consistent with diffuse axonal injury. Less likely differential includes arteritis or hypertensive microangiopathy disease.

### Assessment and Plan

24 M s/p motorcycle accident and recent PNA presents for a bilateral wrist ORIF

### Chart Reviewed . Anesthesia Informed Consent.
General    ETT

### Monitors
Standard ASA Monitors

### Access
Peripheral IV

—

### Blood

—

### Postoperative Plan Control
IV Meds    _

### Pre-Induction Review