HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
CODY WILLIAMS BOYD

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-cr-210-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE** |
| v. | |
| CODY MICHAEL WILLIAMS BOYD, | |
| Defendant. | |

Plaintiff, United States of America, by and through Assistant United States Attorney Paul Hemesath, and Defendant Cody Williams Boyd, through his attorney Lexi P. Negin, Assistant Federal Defender, hereby stipulate to amend his conditions of release to remove special condition 7 regarding employment.

Pretrial Services indicates that Mr. Boyd has consistently complied with his conditions of pretrial release for the past three years.  Given his compliance, Pretrial Services indicates that this condition is no longer necessary to continue its effective supervision of Mr. Boyd.

Wherefore the parties jointly request that this Honorable Court remove release condition 7 of the March 27, 2018, Order for Release [Dkt. 11].

//

//

//

-1-                    *United States v. Williams-Boyd*
2:18-cr-210-TLN

1    IT IS SO STIPULATED.

2

3    Dated: March 3, 2021                    HEATHER E. WILLIAMS

4                                            Federal Defender

5                                            /s/ Lexi P. Negin
                                             LEXI P. NEGIN
6                                            Assistant Federal Defender
                                             Attorney for CODY WILLIAMS BOYD
7

8    Dated: March 3, 2021                    PHILLIP A. TALBERT
                                             Acting United States Attorney
9

10                                           /s/ Paul Hemesath
                                             PAUL HEMESATH
11                                           Attorney for Plaintiff

12

13                                   **O R D E R**

14

15        The Court has read and considered the Stipulation to Amend Conditions of Release. The

16   Court hereby finds that the Stipulation, which this Court incorporates by reference into this

17   Order, should be granted.

18        THEREFORE, FOR GOOD CAUSE SHOWN:

19        1. The conditions of release are hereby amended.

20        2. Condition 7 of the Order for Release filed on March 28, 2018, is hereby removed.  All

21   other conditions of release shall remain.

22

23        IT IS SO ORDERED.

24   Dated:  March 3, 2021

25

26                                           _____

27                                           DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE
28