# ATTACHMENT A

Curtis Cox 

09/13/2021

The Honorable Troy L. Nunley
United States District Judge
United States District Court for the Eastern Dist. Of California
501 I Street
Sacramento, Ca. 95814

Honorable Troy L. Nunley,

  My name is Curtis Cox I'm Cody's stepfather, I've been with his mother almost 16 years and we have been married for over 10yrs. Cody has resided with us during many periods of this time and most recently since being arrested in March of 2018, until moving with his fiancé in April of 2021 to their own residence in Elk Grove, Ca. We also cared for him during his accident and recovery of injuries sustained from it.

  During the time prior to his arrest Cody and I have had many conversations and disagreements about things, since then he has matured and developed into a respectful and productive member of society. His Grandparents (Bob & Donna Kamrath) have also provided a great influence on his young life and upbringing, as he has also spent a great amount of time with them in his almost 27 years. His early years he was around a less than beneficial learning from a male role model of his biological father, who spent much of Cody's young life in and out of jail and prison.

  Cody has been an asset to the family since coming to live with us after his arrest and prior to him getting his own place again. He has helped with care of his Nephew Bradley taking and picking him up from school, and after school activities. He has also helped with his mother's care during her continuing cancer battle by helping with chores around the house and helping to get her to and from places and appointments

. He had been employed by U-Haul and worked his way into a management position and been offered other promotions. It was while working there on his way to work that the motorcycle accident occurred as no fault of his own a 91-year-old woman turned directly into him causing severe injuries. After recovering he went back to work but was unable to perform some of the tasks that he had been doing and had to leave them. Cody then learnt to do coding and work on his own at home. He then went to truck driving school and got his Ca. Class "A" license and has been employed since completing it February 2021 as a driver.

  The almost 3 1/2 years since being arrested has been an ordeal for him as well, putting his life on hold while waiting for the outcome of his ill-chosen ways. Moreover, since the accident he does not remember what he had done to be arrested, most of what he does know he has learned from us talking about it.

Page 2

He has complied with all the court ordered requirements, working, drug testing, visits, and notifications when warranted.

It is my opinion Cody has learned a lot from the arrest and pending possibility of incarceration. Many of his actions and views have change along with his willingness to follow the court requirements to the letter during his release time pending sentencing. I also believe that incarceration my not be the in his best interest for several reasons, his diminished physical and mental abilities from the accident, his current mindset of being productive and prospering in his work environment along with the growth opportunities he has available in his current career choice. He now has a family environment that is very supportive, healthy and is engaged to Lisa that has stuck by his side during this entire process. I also believe that with the increase of ability to remember since the accident, could also lead to Cody putting himself in a situation that would not be conducive to a productive outcome for a stay within a correction facility.

Thank You,

Curtis Cox
Stepfather

Lisa Yang


September 14, 2021

The Honorable Troy L. Nunley
United States District Judge
United States District Court for the Eastern
District of California
501 I Street
Sacramento, CA 95814

Your Honor,

My name is Lisa Yang, I work for a non profit company called Trust Management services. Cody and I met back in January 2017, and within the following month we began dating. Last February on our 4 year anniversary Cody proposed, and now we're engaged. I feel like I'm one of if not the only person that really knows Cody besides his family. We've been through many hardships together and at the end of the day he's the love of my life and my best friend.

Cody is a family man, he loves spending time with his family. He has a very close relationship with his grandma Donna. She's been a motherly figure for him since he was a toddler. She's a very sweet and caring person and I'm thankful for having her in my life too. His grandparents lives in Shingle Springs, when we heard about how fast the Caldor fire was spreading he called to check on them every single day. When the fire started to spread near the area and people around had to evacuate we were very concerned for their safety thats when he told them to come and stay with us in our home. Fortunately the fire turned away and they didn't have to leave their home. Cody's relation with his mom when he was growing up wasn't great. However, since him and I have been together they seem to be getting along very well. He loves his mom despite everything that happened in the past between them. His family is his life, they've been by his side since everything that has happened to him.

We had many talks before his accident about this case. He always felt bad about what happened. There was a time that Cody was really depressed because his whole life was going to change. Honestly I feel like he's learned his lesson. Since the arrest his life's been on hold, he hasn't been able to do anything just kinda stuck in this weird time zone. I know that weighed down on him a lot. After his motorcycle accident I have tried to talk to Cody about his case, but with his memory loss he doesn't remember a lot of the things he did in the past. The accident happened on our monthly anniversary date and when he woke up days later he didn't even know who I was. There's a lot of things he still doesn't remember and some of them are memorable things we did together and some of them are daily task that I have to constantly remind him to do. He still has a long road to recovery, and will be needing more surgeries in his future.

Cody is a very hard worker, he works 6 days a week and some days he works ten to thirteen hours. He likes his job and he gets along with the people he works with. We have a really great life here in Elk Grove together. Cody and I have discussed about his plans for the future. He plans to continue working in the trucking industry. He wants to start up a side business for coding. He wants our parents to see us get married. Cody wants to move on from his past, he wants to have a better future for himself.

I know Cody made mistakes in his past and that could possibly change his whole future. But he honestly is a good and kind man. He almost lost his life once, and everyday since then he's been trying to live his life as normal as he can. I believe that Cody deserves a second chance. He's already been through so much in his life. I think for him to finally have some normalcy in his life is big thing. I want to continue to see him have that and for the rest of his life. We all love him and just want to see him succeed. I hope you can see past the mistakes and see him for who he really is, just a man who's trying to live his life like everyone else.

Thank you for letting me have this opportunity to talk about Cody on my behalf.

Sincerely,

Lisa Yang

Donna M. Kamrath (Grandmother)



September 18, 2021

The Honorable Troy L. Nunley
United States District Judge
United States District Court for the Eastern District of California
501 I Street
Sacramento, California 95814

**Cody Michael Boyd** is my grandson, but he is actually more like a son because he has spent many of his growing up years with us.

First of all, I clearly understand that Cody committed a crime and if Covid 19 hadn't shut our country down for a year, Cody would now be behind bars. I also believe that 'If you do the crime, you do the time' but all that changed for Cody, on April 14, 2019, when he almost lost his life.

You have most likely read the reports concerning Cody's accident. The following is noted to provide more than what medical reports included: Cody was on his motorcycle, on his way to work, when he was struck by a motorist, who ran a stop sign. He was thrown 20 feet and lodged under another car. His injuries were so severe that several people, who rushed to the scene, vomited after seeing his injuries. Cody spent three weeks in the hospital enduring a coma and multiple surgeries. While Cody had to learn to walk again, the doctors were concerned that he would also have to learn to speak again due to head trauma.

Cody is a survivor and he was determined to get back on his feet again. Since both wrists were broken, Cody had to use a special walker since he couldn't grasp the standard walker. In addition, he had a rod in one leg since his tibia was broken vertically rather than horizontally and ligaments and tendons torn in the other. Cody kept at it, with, one painful step after another, until he could walk again.

As Cody's body slowly healed, we all began to notice changes in him. As time went by, it became evident that Cody had lost the memories of his time before the accident and even that he had proposed to Lisa, his fiancée. It was like his past had been erased.

After several months, Cody was able to return to his job, on a limited basis, with U-Haul, but the cold weather and the loss of dexterity in both his wrists and legs made it difficult to do his job. Then Covid 19 hit. Cody taught himself video game programing and later attend on-line truck driving school. Eventually he took his driving test and now is gainfully employed as a truck driver.

While Cody did commit a crime and he should be held accountable, a prison sentence isn't the answer. His life changed forever that morning in April. The prison system was put in place to rehabilitate, but in Cody's case, he doesn't require rehabilitation since he is not the same Cody he was. I also feel prison would not be a safe place for him due to his injuries as he wouldn't be able to protect himself. Cody has plates in both wrists and a rod in his leg, in addition to the brain trauma and a fall or push could create more life lasting and life changing damage. (He may require more surgeries by the time he's thirty.)

Cody has 'kept his nose clean' and has conducted himself as an upstanding and responsible citizen. Rather than a prison sentence that could do more damage than good, please consider probation.

As I write this letter, I'm reliving the days when we almost lost Cody. I can't image a world without him in it. Please give Cody a chance.

Sincerely,

*Donna M. Kamrath*

Donna M. Kamrath
Grandmother

Cody would have lost his toes if he hadn't worn these work boots.



Robert Kamrath (Grandfather)



September 18, 2021

The Honorable Troy L. Nunley
United States District Judge
United States District Court for the Eastern District of California
501 I Street
Sacramento, California 95814

Cody Boyd is my grandson.

During a portion of his adolescent life Cody lived with us, as his mother and father were dysfunctional as a family and as individuals. He experienced physical abuse from his father as a child.

Cody has experienced traumatic events since he was arrested for the crime he committed. These events have reshaped and changed his life and he will live with the results of these events for the remainder of his life.

Over 18 months ago, and following his arrest, and while enroute to his job at U-Haul on his motor cycle, he was struck by a car which ran a stop sign. He experienced severe injuries as a result of the accident and was in a coma for six days. He suffered brain damage and has not fully recovered his memory of events which occurred prior to the accident. In addition, he underwent a number of surgeries and has metal plates and rods in his legs and wrists – he went through physical rehabilitation to learn to walk again.

The accident changed his life. Following the recovery from the accident, he enrolled and completed commercial truck driver's school and received his commercial driver's license. Within two days of receiving his commercial driver's license he was employed, and has been employed as a commercial truck driver since February 2021.

In summary, Cody has rehabilitated himself both physically and mentally. He lives, and successfully copes, with his loss of memory on a daily basis. He took the initiative to obtain his commercial driver's license, obtain and maintain employment as a commercial truck driver. He has become engaged to a supportive, caring finance' who has assisted him through the traumatic events of his life and stands by him today.

Sentencing Cody to prison would provide no value either to society or to Cody. A prison sentence would place Cody at risk due to his physical and memory challenges. He is a productive member of society and can continue to do so if he would be placed on probation.

Thank you for consideration of Cody's mental and physical challenges, and his initiative to become a successful, contributing member of society as you consider disposition of his case.

Sincerely,

Robert Kamrath
Grandfather

Traci Cox

09/20/2021

The Honorable Troy L. Nunley
United States District Judge
United States District Court for the Eastern Dist. Of California
501 I Street
Sacramento, Ca. 95814

Honorable Troy L. Nunley,

  My name is Traci Cox and I am Cody's mom. It has been my experience in life with people I have known that going to prison has never been a rehabilitating experience, especially with someone like my son who isn't a habitual criminal.

  I've had cancer since 2015 and currently have been battling an aggressive stage 4 cancer for the past 2 1/2 years. I'm currently on my 4th time of it coming back and we have exhausted the treatments available at this time and find out on the 6th of October if it is helping.

  Cody looks and acts normal to those that don't know him. He suffers from memory loss from his accident, which as sad as it is, is a good thing for him in my opinion and I'm happy for it. His recollection of what he did is from conversations with us and telling him about it.

  My son has suffered enough from his accident and having his life on hold for 3 1/2 years while this case has been going on. He has changed his life completely, he has a job that he works hard at and lots of hours, he has ambitions to do coding and have his own trucking business in the future, and he has gotten engaged to Lisa, I feel he has become an asset to Society.

  I'm sure you hear this from every mother but please don't destroy my son's life sending him to prison. I know he can't mentally handle it and it will ruin his future.

  Everyone deserves a second chance, please give him one.

Thank You,

Traci Cox
Mom