# ATTACHMENT B

9/22/21, 2:33 PM                 Gregg County Man Sentenced to Federal Prison for Trafficking Anabolic Steroids | USAO-EDTX | Department of Justice

Case 2:18-cr-00210-TLN   Document 104-2   Filed 09/23/21   Page 2 of 7

**United States Department of Justice**

THE UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT of TEXAS

U.S. Attorneys » Eastern District of Texas » News

**Department of Justice**

U.S. Attorney's Office

Eastern District of Texas

FOR IMMEDIATE RELEASE                                             Thursday, January 21, 2021

# Gregg County Man Sentenced to Federal Prison for Trafficking Anabolic Steroids

### Online sales of anabolic steroids generated over $450,000 in proceeds

MARSHALL, Texas – A 53-year-old Longview, Texas man has been sentenced to federal prison for drug trafficking violations in the Eastern District of Texas announced Acting U.S. Attorney Nicholas J. Ganjei today.

Tony Goss pleaded guilty on Sep. 30, 2020 to possession with the intent to distribute anabolic steroids and was sentenced to 19 months in federal prison today by U.S. District Judge Rodney Gilstrap.

According to evidence presented in court, On August 22, 2019, state and federal law enforcement agents executed a search warrant at an office located at 107 Community Blvd, in Longview. Goss admitted that he possessed approximately 5,493 pills or tablets containing anabolic steroids, approximately 4,192 grams of anabolic steroid powder and, approximately 2,960 milliliters of liquid anabolic steroids at the location with the intent to distribute them for commercial profit. Goss further admitted that he distributed anabolic steroids through mass-marketing by means of an interactive computer service.

Goss also agreed to the forfeiture of seven firearms, a 2016 Ford F – 350 pickup, and $459,285.25 which he obtained by selling anabolic steroids online.

This case was investigated by the Drug Enforcement Administration Tyler Field Office, and the U.S. Postal Inspection Service – Ft. Worth Office and prosecuted by Assistant U.S. Attorney Jim Noble.

**Topic(s):**
Prescription Drugs

**Component(s):**
Drug Enforcement Administration (DEA)
USAO - Texas, Eastern

Updated January 21, 2021

9/22/21, 2:33 PM    Gregg County Man Sentenced to Federal Prison for Trafficking Anabolic Steroids | USAO-EDTX | Department of Justice

Case 2:18-cr-00210-TLN   Document 104-2   Filed 09/23/21   Page 3 of 7

9/22/21, 2:35 PM        Texas Man Sentenced for Role in Scheme that Imported Steroids from China for Online Sale | USAO-MA | Department of Justice

Case 2:18-cr-00210-TLN   Document 104-2   Filed 09/23/21   Page 4 of 7

United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE

DISTRICT of MASSACHUSETTS

U.S. Attorneys » District of Massachusetts » News

**Department of Justice**

U.S. Attorney's Office

District of Massachusetts

FOR IMMEDIATE RELEASE                                          Tuesday, August 10, 2021

# Texas Man Sentenced for Role in Scheme that Imported Steroids from China for Online Sale

BOSTON – A Texas man was sentenced on Friday, Aug. 6, 2021 in federal court in Boston for his role in a scheme that imported raw steroids from China and selling them over the internet to customers across the United States.

Mark Lopilato, 57, of Sanger, Texas, was sentenced by U.S. Senior District Court Judge Mark L. Wolf to 41 months in prison and four years of supervised release. In February 2018, Lopilato pleaded guilty to conspiracy to distribute steroids. In April 2019, he failed to appear for his sentencing, and was subsequently arrested in September 2019. At the time of his arrest, Lopilato was in possession of counterfeit identification in another individual's name but bearing his photograph.

From January 2016 to September 2016, an undercover agent purchased steroids listed for sale on a website that advertised various types of steroids for sale. The website provided instructions on how to place orders and pay for steroids, and further provided an email address operated by Lopilato.

Customers ordered steroids from Lopilato who forwarded the orders by email to co-conspirators Rhonda Fulton and Michael Fulton, who processed and prepared raw steroids according to the customers' orders, packaged and mailed them. Lopilato and the Fultons ordered the raw steroids through the internet from China, then paid for and received the raw steroids by mail. Lopilato paid the Fultons for the preparation, packaging and mailing of the steroids to customers; he also paid his brother and co-conspirator, Michael Lopilato, to maintain and operate the website.

In January 2017, the Fultons and Lopilatos were arrested and charged for their roles in the steroid scheme. Searches recovered more than 60,000 dosage units of raw steroids, a tableting machine, steroid packaging and shipping materials, and approximately $20,000 in cash. The website used by Lopilato to advertise the steroids was also seized.

Michael Fulton and Rhonda Fulton pleaded guilty and were sentenced by Judge Wolf to time served, three years and two years of supervised release, respectively, in May 2019.

Michael Lopilato pleaded guilty and was sentenced by U.S. District Court Judge Patti B. Saris to one year of probation and was ordered to pay a fine in the amount of $2,000 in August 2018.

Acting United States Attorney Nathaniel R. Mendell; Brian D. Boyle, Special Agent in Charge of the Drug Enforcement Administration, New England Division; Joshua McCallister, Acting Inspector in Charge of the U.S. Postal Inspection Service; Douglas Bartlett, Acting U.S. Marshal for the District of Massachusetts; North Reading Police Chief Michael P. Murphy; North Andover Police Chief Charles Gray; and Burlington Police Chief Thomas Browne made the announcement. Assistant U.S. Attorney Katherine Ferguson, Acting Chief of Mendell's Narcotics and Money Laundering Unit, and Assistant U.S. Attorney Lindsey E. Weinstein, also of Mendell's Narcotics and Money Laundering Unit, prosecuted the case.

---

**Topic(s):**
Drug Trafficking

**Component(s):**
USAO - Massachusetts

Updated August 10, 2021

9/22/21, 2:36 PM          Owner of North Carolina Sport Supplement Co. Sentenced to Prison Time | USAO-WDVA | Department of Justice

Case 2:18-cr-00210-TLN   Document 104-2   Filed 09/23/21   Page 6 of 7

 United States Department of Justice

## THE UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT of VIRGINIA

U.S. Attorneys » Western District of Virginia » News

**Department of Justice**

U.S. Attorney's Office

Western District of Virginia

FOR IMMEDIATE RELEASE                                    Wednesday, February 17, 2021

# Owner of North Carolina Sport Supplement Co. Sentenced to Prison Time

ABINGDON, Va.- Brian Parks, the former owner of a North Carolina sports supplement company that introduced an unapproved drug into interstate commerce, was sentenced today in U.S. District Court in Abingdon to 12 months and one day in federal prison, Acting United States Attorney Daniel P. Bubar and Assistant Commissioner for Criminal Investigations Catherine A. Hermsen, FDA Office of Criminal Investigations, announced today.

Parks, 47, of Apex, North Carolina, and MedFixRX, Inc, now known as MedFit Sarmacuticals Inc., a sport supplement company based in Cary, North Carolina, pleaded guilty in November 2020 to one count of distributing unapproved new drugs with the intent to mislead and defraud the FDA and consumers. In connection with his plea, Parks forfeited $250,000.

"When Parks marketed drugs masquerading as dietary supplements that had not been approved by the FDA, he sidestepped important safeguards to protect the public, and committed a serious crime," said Acting U.S. Attorney Daniel P. Bubar of the Western District of Virginia. "Our office will continue to closely partner with FDA to ensure safety and effectiveness in our drug supply."

"Sports supplements' that are manufactured and distributed outside the FDA's oversight and that contain unapproved and possibly toxic ingredients endanger the health of unsuspecting consumers," said Assistant Commissioner for Criminal Investigations Catherine A. Hermsen, FDA Office of Criminal Investigations. "Today's actions represent our continued commitment to pursuing and bringing to justice those who mislead the public and intentionally attempt to subvert the regulatory functions of the FDA through the distribution of unapproved and potentially dangerous products."

Parks admitted that from approximately June 2017 to September 2019 he and his company unlawfully distributed Selective Androgen Receptor Modulators ("SARMs") and other substances that the FDA has not approved, including Ostarine (MK-2866), Ligandrol (LGD-4033), and Testolone (RAD-140). SARMs are synthetic chemicals designed to mimic the effects of testosterone and other anabolic steroids. The FDA has long warned against the use of SARMs like those found in MedFit products, including stating in a publicly available 2017 warning letter to another firm that SARMs have been linked to life-threatening reactions including liver toxicity, and have the potential to increase the risk of heart attack and stroke.

In pleading guilty, Parks also admitted that he intended to mislead and defraud the FDA and consumers by omitting ingredients on MedFitRX product labels, falsely claiming MedFitRX was licensed and registered to sell these new drugs, importing raw drug ingredients with the intent to avoid regulatory scrutiny, and misrepresenting MedFitRX products as "dietary supplements" or "sports supplements" to create the impression that they were safe and legal to use.

Assistant United States Attorney Randy Ramseyer of the U.S. Attorney's Office for the Western District of Virginia and Trial Attorney Speare Hodges of the Department of Justice Civil Division's Consumer Protection Branch prosecuted the case. This matter was investigated by the Food and Drug Administration's Office of Criminal Investigations.

**Component(s):**
USAO - Virginia, Western

Updated February 17, 2021