# ATTACHMENT A

**Sentence Type by Type of Crime**
Fiscal Year 2015,2016,2017,2018,2019,2020

| Crime | N | % | Fine Only | | Prison Only | | Prison and Alternatives | | Probation Only | | Probation and Alternatives | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | N | % | N | % | N | % | N | % | N | % |
| **Grand Total** | 416,346 | 100.0% | 2,767 | 0.7% | 365,534 | 87.8% | 11,885 | 2.9% | 27,422 | 6.6% | 8,738 | 2.1% |
| Administration of Justice | 4,201 | 100.0% | 19 | 0.5% | 2,615 | 62.2% | 279 | 6.6% | 1,007 | 24.0% | 281 | 6.7% |
| Antitrust | 140 | 100.0% | - | | 67 | 47.9% | 1 | 0.7% | 37 | 26.4% | 35 | 25.0% |
| Arson | 372 | 100.0% | - | | 336 | 90.3% | 15 | 4.0% | 16 | 4.3% | 5 | 1.3% |
| Assault | 4,068 | 100.0% | 38 | 0.9% | 3,311 | 81.4% | 229 | 5.6% | 437 | 10.7% | 53 | 1.3% |
| Bribery/Corruption | 2,061 | 100.0% | 12 | 0.6% | 1,359 | 65.9% | 139 | 6.7% | 327 | 15.9% | 224 | 10.9% |
| Burglary/Trespass | 334 | 100.0% | 8 | 2.4% | 236 | 70.7% | 49 | 14.7% | 31 | 9.3% | 10 | 3.0% |
| Child Pornography | 8,367 | 100.0% | 1 | 0.0% | 8,085 | 96.6% | 176 | 2.1% | 71 | 0.8% | 34 | 0.4% |
| Commercialized Vice | 742 | 100.0% | 4 | 0.5% | 436 | 58.8% | 61 | 8.2% | 180 | 24.3% | 61 | 8.2% |
| Drug Possession | 7,231 | 100.0% | 414 | 5.7% | 5,565 | 77.0% | 25 | 0.3% | 1,171 | 16.2% | 56 | 0.8% |
| Drug Trafficking | 114,807 | 100.0% | 17 | 0.0% | 106,497 | 92.8% | 3,652 | 3.2% | 3,159 | 2.8% | 1,482 | 1.3% |
| Environmental | 1,069 | 100.0% | 91 | 8.5% | 263 | 24.6% | 42 | 3.9% | 546 | 51.1% | 127 | 11.9% |
| Extortion/Racketeering | 1,225 | 100.0% | 5 | 0.4% | 923 | 75.3% | 68 | 5.6% | 172 | 14.0% | 57 | 4.7% |
| Firearms | 42,154 | 100.0% | 18 | 0.0% | 38,473 | 91.3% | 1,419 | 3.4% | 1,459 | 3.5% | 785 | 1.9% |
| Food and Drug | 321 | 100.0% | 18 | 5.6% | 67 | 20.9% | 7 | 2.2% | 213 | 66.4% | 16 | 5.0% |
| Forgery/Counter/Copyright | 1,932 | 100.0% | 2 | 0.1% | 1,323 | 68.5% | 151 | 7.8% | 288 | 14.9% | 168 | 8.7% |
| Fraud/Theft/Embezzlement | 41,712 | 100.0% | 483 | 1.2% | 27,416 | 65.7% | 2,331 | 5.6% | 8,470 | 20.3% | 3,012 | 7.2% |
| Immigration | 141,365 | 100.0% | 33 | 0.0% | 133,308 | 94.3% | 1,452 | 1.0% | 5,601 | 4.0% | 971 | 0.7% |
| Individual Rights | 430 | 100.0% | 11 | 2.6% | 276 | 64.2% | 11 | 2.6% | 94 | 21.9% | 38 | 8.8% |
| Kidnapping | 557 | 100.0% | - | | 533 | 95.7% | 23 | 4.1% | 1 | 0.2% | - | |
| Manslaughter | 375 | 100.0% | - | | 338 | 90.1% | 20 | 5.3% | 13 | 3.5% | 4 | 1.1% |
| Money Laundering | 7,272 | 100.0% | 2 | 0.0% | 5,999 | 82.5% | 309 | 4.2% | 646 | 8.9% | 316 | 4.3% |
| Murder | 2,041 | 100.0% | - | | 1,976 | 96.8% | 59 | 2.9% | 5 | 0.2% | 1 | 0.0% |
| National Defense | 1,032 | 100.0% | 30 | 2.9% | 837 | 81.1% | 47 | 4.6% | 92 | 8.9% | 26 | 2.5% |
| Obscenity/Other Sex Offenses | 2,429 | 100.0% | 1 | 0.0% | 2,106 | 86.7% | 218 | 9.0% | 61 | 2.5% | 43 | 1.8% |
| Prison Offenses | 3,103 | 100.0% | 2 | 0.1% | 2,850 | 91.8% | 151 | 4.9% | 67 | 2.2% | 33 | 1.1% |
| Robbery | 9,742 | 100.0% | - | | 9,289 | 95.4% | 326 | 3.3% | 69 | 0.7% | 58 | 0.6% |
| Sexual Abuse | 6,303 | 100.0% | - | | 6,092 | 96.7% | 156 | 2.5% | 33 | 0.5% | 22 | 0.3% |
| Stalking/Harassing | 1,164 | 100.0% | 1 | 0.1% | 925 | 79.5% | 117 | 10.1% | 74 | 6.4% | 47 | 4.0% |
| Tax | 3,565 | 100.0% | 9 | 0.3% | 2,062 | 57.8% | 261 | 7.3% | 786 | 22.0% | 447 | 12.5% |
| Other | 6,232 | 100.0% | 1,548 | 24.8% | 1,971 | 31.6% | 91 | 1.5% | 2,296 | 36.8% | 326 | 5.2% |

**FILTER:**
Fiscal Year: 2015,2016,2017,2018,2019,2020; Crime Type: All; Guideline: All Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Sentencing Zone: All; Criminal History: All

**SOURCE:** This was produced using the U.S. Sentencing Commission's Interactive Data Analyzer (IDA) (https://ida.ussc.gov).