UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CODY BOYD,<br><br>　　　　　　　　Defendant. | CASE NO.  2:18-CR-00210-TLN<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE** |

　　　　Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant Cody Boyd's Request to Seal, IT IS HEREBY ORDERED that Exhibit B to Defendant's Sentencing Memorandum — which contains confidential medical information not for the public record — and Defendant's Request to Seal shall be SEALED until further order of this Court.

　　　　It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's request, sealing Exhibit B serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing Exhibit B would adequately protect the compelling interests identified by Defendant.

1

1 | IT IS SO ORDERED.

2 | DATED: October 5, 2021

3 | Troy L. Nunley
United States District Judge

2