PHILLIP A. TALBERT
Acting United States Attorney
PAUL A. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00210-TLN |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| CODY BOYD, | |
| Defendant. | |

On or about January 17, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Cody Boyd forfeiting to the United States the following property:

a.  Approximately $30,000.00 in U.S. Currency seized from a Wells Fargo Safe Deposit Box, plus all accrued interest,

b.  Approximately $20,000.00 in U.S. Currency seized from a Wells Fargo Safe Deposit Box, plus all accrued interest,

c.  Approximately $4,026.07 seized from Wells Fargo Bank Account Number 9321568629, plus all accrued interest,

d.  Approximately $1,428.40 seized from Wells Fargo Bank Account Number 6581291769, plus all accrued interest,

e.  2016 Ford Mustang Shelby GT350, VIN: 1FA6P8JZ0G5526195, License Number: 8CGD006,

f.  Approximately $20,000.00 in U.S. Currency, plus all accrued interest,

g.  Approximately $6,652.00 in U.S. Currency, plus all accrued interest,

h.  Approximately $160.00 in U.S. Currency, plus all accrued interest,

i.  Approximately $11,764.75 in U.S. Currency seized from Twenty-Seven Parcels, plus all accrued interest,

j.  Approximately 1.9130219 Bitcoins, and

k.  Approximately .32194491 Bitcoins.

1

Beginning on March 6, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Cody Boyd.

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The U.S. Marshals Service and/or the Homeland Security Investigations, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 28th day of October, 2021.


Troy L. Nunley
United States District Judge