HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CODY BOYD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY BOYD,<br><br>Defendant. | NO. 2:18-CR-00210 TLN<br><br>**STIPULATION AND ORDER TO AMEND JUDGMENT TO CORRECT ERROR PURSUANT TO RULE 36**<br><br>JUDGE: Honorable TROY L. NUNLEY |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, through Assistant United States Attorney Paul Andrew Hemesath, and defendant, CODY BOYD, through his attorney Assistant Federal Defender David M. Porter, that the Judgment entered in this case on November 4, 2021 (ECF 109) be amended to include a recommendation concerning the residential drug abuse program as specified below.

Rule 36 of the Federal Rules of Criminal Procedure permits a court to correct a clerical error in a judgment "at any time." Fed. R. Crim. P. 36. When this Court sentenced Mr. Boyd on September 30, 2021, it recommended he "participate in the 500-hour Bureau of Prisons substance abuse treatment program, the RDAP program." ECF 125 at 36:6-8. This recommendation is missing, however, from the judgment and commitment order entered November 4, 2021. The Bureau of Prisons affords "primary consideration for [drug abuse] course placement to individuals when, *inter alia*, "[t]here was a recommendation (or evaluation)

for drug programming during incarceration by the sentencing judge." 28 C.F.R. § 550.51(b)(iii). Accordingly, in order to maximize Mr. Boyd's opportunity to participate in RDAP, the parties respectfully request the Court issue the order lodged herewith directing the clerk to enter an amended judgment that conforms to the Court's oral ruling in open court.

Dated: January 21, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
CODY BOYD

Dated: January 21, 2022

PHILLIP TALBERT
United States Attorney

*/s Paul Andrew Hemesath*
PAUL ANDREW HEMESATH
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CODY BOYD,

Defendant.

NO. 2:18-CR-00210 TLN

**ORDER TO AMEND JUDGMENT TO CORRECT ERROR PURSUANT TO RULE 36**

JUDGE: Honorable TROY L. NUNLEY

**ORDER**

Pursuant to Rule 36, Federal Rules of Criminal Procedure, and the parties' stipulation, and good cause appearing therefor, the Court hereby directs the clerk to correct the Judgment (ECF 109) to conform to the sentence pronounced in open court on September 30, 2021, by entering an Amended Judgment that specifies on page 2, after the sentence, "The court makes the following recommendations to the Bureau of Prisons:" the following:

> The court recommends that the defendant (1) participate in the 500-hour Bureau of Prisons substance abuse treatment program and (2) be incarcerated in a Northern California facility, as close as possible to Lodi, California, but only insofar as this accords with security classification and space availability.

IT IS SO ORDERED.

Dated: January 24, 2022

Troy L. Nunley
United States District Judge