UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY BOYD,<br><br>Defendant. | No. 2:18-cr-00210-TLN<br><br><br><br>**ORDER** |

This matter is before the Court on Defendant Cody Boyd's ("Defendant") Motion for Early Termination of Supervised Release. (ECF No. 133.) For the following reasons, the Court GRANTS Defendant's motion.

On November 1, 2018, Defendant pleaded guilty to conspiracy to distribute and to possess with intent to distribute testosterone in violation of 21 U.S.C. § 846, 841(a)(1). (ECF No. 37.) On January 24, 2022, Defendant was sentenced to a 36-month term of imprisonment and a 36-month term of supervised release. (ECF No. 129.) On November 25, 2025, Defendant filed the instant motion for early termination of supervised release. (ECF No. 133.) Defendant represents the Government does not oppose the motion. (*Id.* at 2.)

"The correct legal standard for deciding a motion to terminate supervised release is set forth in 18 U.S.C. § 3583(e)." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). "The statute provides that, after considering a subset of the sentencing factors set forth in 18 U.S.C. §

3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'" *Id.* (quoting 18 U.S.C. § 3583(e)(1)). Defendant has the burden to demonstrate that early termination of supervised release is justified. *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006)).

Defendant requests early termination of supervised release as he satisfies the required and recommended factors set forth for early termination. (ECF No. 133 at 6.) Specifically, Defendant contends he has completed well over the statutorily required year of supervision and paid all monetary penalties. (*Id.*) Additionally, Defendant has not violated any conditions of supervision: he passed all random drug tests, maintained stable employment, and developed necessary skills to continue living lawfully outside of supervision. (*Id.*) Finally, Defendant contends his probation officer fully supports early termination of supervised release. (*Id.* at 5.) Based on the Government's non-opposition and Defendant's exemplary conduct while on supervised release, the Court finds Defendant has met his burden to show that early termination of supervised release is warranted pursuant to 18 U.S.C. § 3583(e). *Emmett*, 749 F.3d at 819.

Accordingly, Defendant's Motion for Early Termination of Supervised Release is hereby GRANTED. (ECF No. 133.)

IT IS SO ORDERED.

Date: December 3, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE